

**SO ORDERED.**

**SIGNED this 16 day of February, 2010.**

_____
    **ROBERT F. HERSHNER, JR.**
    **UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>SHEILA M MCCANNON<br>2340 BETHANY CHURCH ROAD<br>GREENSBORO, GA  30642 | **CHAPTER 13 CASE NO. 10-30233-RFH**<br><br>**Proceedings for Adjustment of Debts**<br><br>**ORDER DIRECTED TO**<br>**EMPLOYER** |

**SOCIAL SECURITY NO.** XXX-XX-1880

**ORDER**

    The above debtor having filed a plan formulating periodic payments by the debtor to the trustee for adjustment of debts; and

    It appearing to the Court that in the best interest of efficient administration of the debtor's estate, the debtor's employer should deduct the sum proposed by the debtor's plan from the disposable earnings of the debtor and tender said sum to the trustee as provided by Title 11 U.S.C. Section 1325 (c) of the Code; whereupon it is

    **ORDERED** that the employer
        GEORGIA DEPARTMENT OF LABOR
        ATTN: PAYROLL - STE 342
        148 INTERNATIONAL BLVD NE
        ATLANTA, GA 30303

be and is directed to deduct the sum of **$300.00 SEMI-MONTHLY**  from the disposable earnings of the debtor beginning the pay period following that date of this Order, and continuing each pay period thereafter as long as the debtor is employed by said employer, or until further order of this Court, or until further notified

by the trustee that the deduction my be terminated, and shall transmit such funds withheld to the **CHAPTER 13 TRUSTEE, M.D. GA, ATHENS AND MACON, P.O. BOX 403327, ATLANTA, GA 30384-3327,** not later than the 10th day of each month following the month such funds are withheld. All checks should be made payable to **The Chapter 13 Trustee, Middle District of Georgia.**

**FURTHER ORDERED** that the employer shall cease deduction for all garnishments with the exception of Child Support garnishments pending against this debtor.

**FURTHER ORDERED** that the employer may not deduct any sum from the debtor's earning for any expenses for administering this Order.

**FUTHER ORDERED** that if the employer objects to the entry of this Order, the employer may file a written objection with the United States Bankruptcy Court, P.O. Box 1957, Macon, GA 31202.

**FAIL NOT UNDER PENALTY AS PROVIDED FOR BY THE ACT OF CONGRESS RELATING TO BANKRUPTCY.**

**FURTHER ORDERED** that a copy of this Order be mailed to the employer, debtor, counsel for debtor and the trustee.

END OF DOCUMENT

Prepared by:

Camille Hope
P.O. Box 954
Macon, GA 31202
Telephone (478) 742-8706